14.8

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Index Number: 2:22-CV-03733-JFM
Date Filed: 11/22/2022

---

**ANDREW R PERRONG**

Plaintiff

*vs*

**CMI MARKETING RESEARCH INC, ET AL**

.

Defendant

---

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**AFFIDAVIT OF SERVICE**

  John Savage                                          , being sworn deposes and states that, the Deponent is not a party herein, is over the age of
18 years and resides in the State of New York.

That on 2/4/2023, at 12:52 PM at 135 CASE ROAD , CUTCHOGUE, NY 11935, Deponent served the within  **SUMMONS AND
COMPLAINT** ,with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: CMI
MARKETING RESEARCH INC , Defendant therein named, ( hereinafter referred to as "subject").

By delivering to and leaving with **BILL SOUFFLER** said individual to be  who specifically stated he/she was **authorized to accept** service
on behalf of the Corporation/Government Agency/Entity/Partnership.  A description of BILL SOUFFLER is as follows:

**Sex**: Male       **Color of skin**: White    **Color of hair**: Gray   **Age**: 50-65
        **Height**: 5ft9in-6ft0in     **Weight**: 161-200 Lbs.  **Other** :

Sworn to before me on February 6, 2023

_____
Denise Bedell
Notary Public - State of New York
No. 01BE6091831; Qualified in Nassau County
My Commission Expires MAY 5, 2023

Client's File No.: 233837

Process Server, Please Sign
John Savage
Lic#
Job #: 2305816