14.8

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF PENNSYLVANIA | Index Number: 2:22-CV-03733-JFM<br>Date Filed: 11/22/2022 |

ANDREW R PERRONG

Plaintiff

vs

CMI MARKETING RESEARCH INC, ET AL

Defendant

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:                **AFFIDAVIT OF SERVICE**

John Savage, being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on **2/4/2023**, at **12:52 PM** at **135 CASE ROAD , CUTCHOGUE, NY 11935**, Deponent served the within **SUMMONS AND COMPLAINT** ,with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **CAROL MCMAHON AKA CAROL O'NEILL** , Defendant therein named, ( hereinafter referred to as "subject").

By delivering thereat a true copy of each to **BILL SOUFFLER (Co-Occupant), a person of suitable age and discretion.**

Said premises is subject's **dwelling house (usual place of abode)** within the state. A description of **BILL SOUFFLER** is as follows:

Sex: Male    Color of skin: White    Color of hair: Gray    Age: 50-65
Height: 5ft9in-6ft0in    Weight: 161-200 Lbs.    Other :

On **February 6, 2023**, service was completed by mailing a true copy of the above stated document(s) to the Defendant at the above stated address, in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or of the State of NEW YORK in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of NEW YORK State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me on February 6, 2023

Denise Bedell
Notary Public - State of New York
No. 01BE6091831; Qualified in Nassau County
My Commission Expires MAY 5, 2023

Client's File No.: 233836

Process Server, Please Sign
John Savage
Lic#
Job #: 2305819

INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771
UNITED PROCESS SERVICE