## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Andrew R. Perrong *pro se* | : : : | No. 2:22-cv-03733-GAM |
| Plaintiffs, | : : | |
| v. | : : : | |
| CMI Marketing Research, Inc. | : : : | |
| and | : : | |
| Carol McMahon aka Carol O'Neill | : : : : | |
| Defendants. | : : | |

### ENTRY OF APPEARANCE

**TO THE CLERK OF COURTS:**

Kindly enter my appearance in the above-captioned matter on behalf of Defendant, Carol McMahon aka Carol O'Neill.

        Respectfully submitted:

        **DEASEY, MAHONEY & VALENTINI, LTD.**

By:   /s/ *George R. Zacharkow*

George R. Zacharkow, Esquire
Pa. Attorney Identification No. 32816
1601 Market Street, Suite 3400
Philadelphia, PA 19103
Phone: (215) 587-9400
Fax:    (215) 5879456
Email: gzacharkow@dmvlawfirm.com
Attorney for Defendant, Carol McMahon aka Carol O'Neill

Date: February 13, 2023

**CERTIFICATE OF SERVICE**

    I, George R. Zacharkow, hereby certify that, on the date set forth below, I did cause a true and correct copy of the foregoing Entry of Appearance to be filed with the Court's ECF/PACER electronic filing system, where it is available for immediate viewing and downloading by the following parties, and it also was sent via the United States Postal Service, first class mail:

    Andrew R. Perrong
    1657 The Fairway #131
    Jenkintown, PA 19046

    CMI Marketing Research, Inc.
    10712 County Line Road, Units 6&7
    Hudson, FL 34667

    /s/ *George R. Zacharkow*
    George R. Zacharkow, Esquire

Date: February 13, 2023