IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| Andrew R. Perrong | : | Civil Action |
|---|---|---|
| v. | : | |
| Central Marketing | : | No.: 2:22-cv-03733-GAM |

ORDER

AND NOW, this _____ day of _____ 20 23, it is hereby

ORDERED that the application of __Elizabeth A. McCoy_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.[1]

☐ DENIED.

_____, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:22-cv-03733-GAM

### APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, **Elizabeth A. McCoy** the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number_____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| NY | 7/17/1989 | 2285344 |
| NJ | 6/3/2014 | 102422014 |
|  |  |  |

B. I state that I am currently admitted to practice in the following federal jurisdictions: **Second Circuit 4/7/2008, Third Circuit 8/27/2008**

| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| SDNY | 10/31/1995 | na |
| EDNY | 11/9/1995 | na |
| DNJ | 6/3/2014 | na |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for **Central Marketing Research Inc., Carol McMahon**

(Applicant's Signature)

2/13/2023
(Date)

Name of Applicant's Firm: Hill Betts & Nash
Address: 14 Wall Street Suite 5H New York NY 10005
Telephone Number: 212-589-7541, 212-839-7000
Email Address: emccoy@hillbetts.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2/13/2023
(Date)

(Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of **Elizabeth McCoy** to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| George R. Zacharko | *[signature]* | 01/29/1981 | 32816 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Deasey, Mahoney, and Valentini

1601 Market Street, Suite 3400   215.587.9400

Philadelphia, PA 19103


I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/13/2023
(Date)

*[signature]*
(Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Andrew R. Perrong | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| Central Mareting Research | : | No.: 2:22-cv-03733-GAM |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of  Elizabeth A. McCoy ,

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed

Order which, if granted, would permit such practice in this court was served as follows:

via the Court's ECF/PACER electronic filing systerm, where it is available for immediate viewing and downloading.

_____
(Signature of Attorney)

George R. Zacharkow
_____
(Name of Attorney)

Carol McMahon aka Carol O'Neil
_____
(Name of Moving Party)

02.13.2023
_____
(Date)