IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Andrew R. Perrong                         :        Civil Action
                                          :
            v.                            :
                                          :
Central Marketing                         :        No.:  2:22-cv-03733-JFM

ORDER

AND NOW, this    14th    day of          February         20 23, it is hereby

ORDERED that the application of  Elizabeth A. McCoy_____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒       GRANTED.[1]

☐       DENIED.

_____
                                          MURPHY, J.

_____

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/
nextgen-cmecf.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OFPENNSYLVANIA

Civil Action No#___2:22-cv-03733-GAM_____

### APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT
### PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I,___Elizabeth A. McCoy_____the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number_____, for the $40.00 admission fee.

A.   I state that I am currently admitted to practice in the following state jurisdictions:

| NY | 7/17/1989 | 2285344 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| NJ | 6/3/2014 | 102422014 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.   I state that I am currently admitted to practice in the following federal jurisdictions: Second Circuit 4/7/2008
Third Circuit 8/27/2008

| SDNY | 10/31/1995 | na |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| EDNY | 11/9/1995 | na |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| DNJ | 6/3/2014 | na |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.   I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for      Central Marketing Research Inc., Carol McMahon

(Applicant's Signature)

2/13/2023

(Date)

Name of Applicant's Firm      Hill Betts & Nash

Address      14 Wall Street Suite 5H New York NY 10005

Telephone Number      212-589-7541, 212-839-7000

Email Address      emccoy@hillbetts.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___2/13/2023_____               _____
                    (Date)                                                            (Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

        The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Elizabeth McCov                                                                                      to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

George R. Zacharko

_____

(Sponsor's Name)

(Sponsor's Signature)

01/29/1981

_____

(Admission date)

32816

_____

(Attorney
Identification No.)

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Deasey, Mahoney, and Valentini
_____

1601 Market Street, Suite 3400 215.587.9400
_____

Philadelphia, PA 19103
_____

I declare under penalty of perjury that the foregoing is true and correct.

              02/13/2023

Executed on _____

                (Date)

(Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Andrew R. Perrong                       :          Civil Action
                                        :
        v.                              :
                                        :
Central Mareting Research               :          No.: 2:22-cv-03733-GAM

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of  Elizabeth A. McCoy ,

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed

Order which, if granted, would permit such practice in this court was served as follows:

via the Court's ECF/PACER electronic filing systerm, where it is available for immediate
viewing and downloading.

(Signature of Attorney)

George R. Zacharkow
(Name of Attorney)

Carol McMahon aka Carol O'Neil
(Name of Moving Party)

02.13.2023
(Date)