UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
------------------------------------------------------------x

ANDREW R. PERRONG,                                    **INDEX NO.: 22 CIV. 03733 (JFM)**

                                    Plaintiff,

   -  against -


CMI MARKETING RESEARCH INC., et.al.

                                    Defendants.
------------------------------------------------------------x

**PROPOSED ORDER DISMISSING
PLAINTIFF'S COMPLAINT WITH PREJUDICE**


THIS MATTER having been brought before the Court upon the application of Hill, Betts & Nash, LLP, and Deasey, Mahoney & Valentini, Ltd., attorneys for Defendants CMI Marketing Research, Inc. and Carol McMahon ("Defendants"), for an Order to Dismiss Plaintiff, Andrew R. Perrong's Complaint with Prejudice against Defendants for Failure to State a Claim upon which Relief Can be Granted pursuant to FRCP 12b(6), and the Court having reviewed the moving papers and any opposition thereto and with good cause having been shown:

**IT IS ORDERED**, that on this _____ day of _____, 2023, that Defendants' Motion to Dismiss Plaintiff's Complaint is hereby **GRANTED**;

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that this action be, and the same hereby is, **DISMISSED WITH PREJUDICE** against Defendants CMI Marketing Research, Inc. and Carol McMahon.

                                    _____
                                         Hon. John F. Murphy
                                         United States District Judge