**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANDREW R. PERRONG** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  22-3733** |
| | : | |
| **CMI MARKETING RESEARCH, INC.,** | : | |
| **CAROL MCMAHON** | : | |

## <u>ORDER</u>

   **AND NOW**, this 1ˢᵗ day of March 2023, it appearing Defendant CMI Marketing

Research, Inc. has not filed the disclosure statement required by Federal Rule of Civil Procedure

7.1 at the time of filing their first appearance,[1] and reminding Defendant CMI Marketing

Research, Inc. of its continuing obligation under Federal Rule of Civil Procedure 7.1(b)(2) to

"promptly file a supplemental statement" of any changes to the information required by Federal

Rule of Civil Procedure 7.1(a), it is **ORDERED** Defendant CMI Marketing Research, Inc. shall

file its disclosure statement no later than **March 3, 2023**.[2]


_____
**MURPHY, J.**


---

[1] Federal Rule of Civil Procedure 7.1(b)(1) requires the disclosure statement to be filed with the party's first appearance, pleading, petition, motion, response, or other request addressed to the court.

[2] A Disclosure Statement Form is available on the Court website and should be filed electronically using the Other Filings/Discovery Documents category.