UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
-----------------------------------------------------------x

ANDREW R. PERRONG,  INDEX NO.: 22 CIV. 03733 (JFM)

                            Plaintiff,

- against -

CMI MARKETING RESEARCH, INC. et al.

                            Defendants.
-----------------------------------------------------------x

## DEFENDANT'S RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure the undersigned counsel certifies that Defendant CMI Marketing Research, Inc. has no parent corporation and no public corporation owns more than 10% of its stock.

Dated: New York, New York
       March 1, 2023

                                              _/s/ Elizabeth A. McCoy_
                                              Elizabeth A. McCoy (EAM -8448)
                                              (_Admitted Pro Hac Vice_)
                                              _Attorneys for Defendants_
                                              HILL, BETTS & NASH LLP
                                              14 Wall Street, Suite 5H
                                              New York, New York 10005
                                              (212) 839-7000

                                              George Zacharkow, Esq.
                                              Deasey, Mahoney & Valentini, Ltd.
                                              1601 Market Street, Suite 3400
                                              Philadelphia, PA 19103
                                              (215) 587-9400

## CERTIFICATE OF SERVICE

I, ELIZABETH McCOY, certify that on the 1st day of March 2023, I served copies of Defendant Central Marketing Research Inc.'s Rule 7.1 Statement upon:

**ANDREW R. PERRONG**
1657 THE FAIRWAY #131
JENKINTOWN, PA 19046

by depositing a true copy of the papers, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service, and by filing electronically by operation of the Court's electronic filing system.

HILL BETTS & NASH LLP

*/s/ Elizabeth A. McCoy*
Elizabeth A. McCoy