# EXHIBIT A

## Website

*Central Marketing Services Inc.*,
NEW YORK BUSINESS CONNECTS

**☆ ABOUT US**

**💬 REVIEWS**

**💼 Own This Business?**

## DESCRIPTION

Central Marketing Inc. has been in business since 1975 as a Central Location WATS house. We have experience in consumer, executive, medical interviewing and all types of specialty interviewing: CRT's online interviewing and predictive dialing. We also offer coding and tabulation at reasonable rates. Market research is our only business.; ; Company type: Qualitative Research Consultant / Moderator;

## CONTACT

**Address**

30 Irving Place 7th Floor New York NY 10003

**Phone**

055-665-1234 (tel:055-665-1234)

**E-mail**

centralmktg@aol.com (mailto:centralmktg@aol.com)

**Category**

Services Consultants

**Location**

Downstate New York



## ADDITIONAL INFORMATION

Owner First Name

Carol

Owner Last Name

McMahon

Mailing Address

30 Irving Place 7th Floor New York NY 10003

Fax

212-375-1503

Agency

NYS

Certification

WBE

Work District

All work districts/regions

Business Size

$1,000,000 - $4,999,999

General Location

Downstate New York

Location

NYC

Commodity Codes

454390 - Other Direct Selling Establishments; 541 - Professional, Scientific, and Technical Services; 5417 - Sci
entific Research and Development Services; 54191 - Marketing Research and Public Opinion Polling; 95670 -
Research Services (Other Than Business); 96153 - Marketing Services (Incl, Distribution, Research, Sales Pro
motions, etc.); I-0416 - MARKET RESEARCH AND ANALYSIS; I-0651 - TELEMARKETING SERVICES; I-2037 - DATA
BASE MARKETING; I-2357 - RESEARCH SERVICES

✉

## Want To Advertise Here?

## LOG IN

Register (https://newyorkbusinessconnects.com/wp-login.php?action=register)

Log in (https://newyorkbusinessconnects.com/wp-login.php)

## GET IN TOUCH!

 (https://newyorkbusinessconnects.com)

🏠  414 South Service Road, Suite 117 Patchogue, New York 11772

📞  516-223-3855

🖨  631-803-6136

✉  office@laviedevelopment.com (mailto:office@laviedevelopment.com)

🕐  9:00-5:00

Created by CaroneDesigns (http://www.caronedesigns.com)

Home (https://newyorkbusinessconnects.com/)          About Us (https://newyorkbusinessconnects.com/about-us/)

Directories          Contract Opportunities (https://newyorkbusinessconnects.com/contract-opportunities/)

Blog (https://newyorkbusinessconnects.com/blog/)          Contact Us (https://newyorkbusinessconnects.com/contact-us/)

Resources (https://newyorkbusinessconnects.com/resources/)

