# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW R. PERRONG | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 22-3733 |
| | : | |
| CMI MARKETING RESEARCH, INC., | : | |
| CAROL MCMAHON | : | |

# ORDER

**AND NOW**, this 26th day of September 2023, upon considering defendants' motion to dismiss (DI 13), plaintiff's response and notice of supplemental authority (DI 16, 17), defendants' reply (DI 18), and for reasons in the accompanying Memorandum, it is **ORDERED** defendants' motion to dismiss (DI 13) is **GRANTED** and we grant Mr. Perrong leave to amend his complaint **within fourteen (14) days**, if the facts allow him to do so.

_____
MURPHY, J.