# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW R. PERRONG | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 22-3733 |
| | : | |
| CMI MARKETING RESEARCH, INC., | : | |
| CAROL MCMAHON | : | |

## **ORDER**

**AND NOW**, this 1st day of May 2025, upon considering our September 26, 2023 order (DI 20), it is **ORDERED** the Clerk of Court shall **close** this case.

_____
**MURPHY, J.**